[No. 4584–1.   Division One.   April 25, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. LELAND
ALFRED JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 74429, Janice Niemi, J., entered March 8,
1976. *Affirmed* by unpublished opinion per James, J., con-
curred in by Williams and Callow, JJ.


[No. 3608–1.   Division One.   May 2, 1977.]

DALE A. POWELL, ET AL, *Appellants,* v. GEORGE D.
DAVIDSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 744286, Janice Niemi, J., entered February 11,
1975. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Farris, C.J., and Andersen, A.C.J.


[No. 3875–1.   Division One.   May 2, 1977.]

ADVANCED INSULATION, INC., *Respondent,* v. FEEK'S TELE–
PHONE SERVICE, INC., *Defendant,* JOSEPHINE
ROMERO, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 775251, Frank J. Eberharter, J., entered June
6, 1975. *Affirmed in part and reversed in part* by unpub-
lished opinion per Farris, C.J., concurred in by Andersen,
A.C.J., and Williams, J.